THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED GRANO, Appellant.

Argued April 15, 1943; decided May 27, 1943.

*Harry G. Anderson* for appellant.

*Fred J. Munder, District Attorney (Harry C. Brenner* of counsel), for respondent.

Judgments reversed and a new trial ordered, on the ground that the admitted error is too serious to be disregarded under section 542 of the Code of Criminal Procedure. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.